# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

_____Frank Brett_____,

_____,

_____,

*(Write the full name of each Plaintiff
filing this complaint. If there is
insufficient space to list the names of
all Plaintiffs, please write "see
attached" in the space above and
attach an additional page with a full
list of names.)*

**Case No.:** __1:21 cv 73 AW/6RJ__
*(To be filled in by the Clerk's Office)*

v.

#1. Donald Trump ,

#2. Attorney General William BARR
*(Write the full name of each Defendant
who is being sued in this complaint. If
there is insufficient space to list the
names of all Defendants, please write
"see attached" in the space above and
attach an additional page with a full
list of names.)*
#3. Donald SAMSON-NY, Port Authority Bogs

**Jury Trial Requested?**
☒ **YES**  ☐ **NO**

FILED USDC FLND GU
APR 22 '21 PM5:08

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: _Frank Brett_

   Address: _922 Johnston St._

   _____

   City, State, and Zip Code: _Philadelphia, Pa 19148_

   Telephone: _____ (Home) _None_ _____(Cell)

2. Plaintiff's Name: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____(Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: *Donald Trump*

   Official Position: *President*

   Employed at: *White House*

   Mailing Address: *222 Pennsylvania Ave,*

   *Washington, DC, 37222*

   □ Sued in Individual Capacity   ☒ Sued in Official Capacity

2. Defendant's Name: *Attorney General William BARR*

   Official Position: *U.S. Attorney General*

   Employed at: *White House*

   Mailing Address: *222 Pennsylvania Ave*

   *Washington, DC, 37222*

   □ Sued in Individual Capacity   ☒ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)        ☐ State/Local Officials (*§ 1983 case*)

## III.  STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief.  Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim.  Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law.  Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident.  *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum*.  You may make copies of the following page if necessary to supply all of the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

Donald TRump obstructed Justice into all My crime and Corruption Cases I was working on with The Great Jeff Sessions a Man of Thuth and honor. He Fired Jeff Session and after 1 year and he did win 1 case. Then Jeff Sessions got Fired, and they obstructed Justice with William Barr Into Bridgegate Corruption Case and The Boss Dravid Samson of The New York and NJ Port Authority.

**Factual Allegations, Continued** *(Page ___ of ___)*

Conspiracy to Commit Bribery and Bribery.
"

(#2) Donald Trump Than Fires Paul Fishman another Great Man and a Great U.S. Attorney, Trump Obstructed Justice a 2nd Time because Paul Fishman worked The Bridge Gate Case and The Boss David Samson of The New York and NJ. Port Authority Conspiracy to Commit Bribery and Bribery.

#3. I Filed a Law Suit 2 Months Before The Trial of Bridge gate and The Boss David Samson of Bribery Case. I file with Mey ex Police Partner Killed in The Line of Duty Brian Lorenzo and his wife. "

#4. Defendant Bill Buronore I had Also Filed against him a Months Before The Trial. I Knew They were all Involved In Bridge Gate.

#5. Defendant Budget Ann Kelly I had also filed against her 2 Months Before The Trial. Budget Sent E-Mails To a Lot of Employees that were Criminal.

#6 David FOX I had also filed against him 2 Months Before The Trial.

#7. David Wildstein I had also Filed against him 2 months Before The Trial.

#8. Governor Chris Christy Perjured hihgself and I Sued him. US Federal Judge Sue Wiggonton Is My Witness.

#9. Donald Trump Fired My Friend and Attorney Mr. Berman who was working on the Jeff Epstein Case with Me. I Filed suit against Epstein The Day Before he died

## IV.  STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.



Title 18 - Section - 3771 Crime Victims Act - victims of Federal Crimes have The Right To be heard In Court.

Obstruction of Justice - 28; 1346 - wrongful Death and Obstruction of Justice and Raping of Me When I was Sleeping as a Federal Undercover and a federal Informant being directly involved in these cases. I claim My Dad was poisoned and stabbed in the Neck and My 4 Babies from Heaven were all poisoned to Death. Me and My wife were poisoned 4 Times By Constine Sibd & Shiron helsn, Anthony Mini mellie and his wife Anthony & Lisa Gambino Luongo and Church Grace Snyder.

## V.  RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

Injunction From Obwel From Rev. Hall + Tom Jackson From Orlando Rescue Mission. I and requesting 3 Million Dollars From Each Defendant.

## VI.  CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 4/22/2  Plaintiff's Signature: _Frank Brett_

Printed Name of Plaintiff: _Frank Brett_

Address: _822 Johnston St._

_Philadelphia, Pa 19148_

E-Mail Address: _____

Telephone Number: _____

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*