IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**FRANK BRETT,**

    **Plaintiff,**

**v.**                                                             Case No. 1:21-cv-73-AW-GRJ

**DONALD TRUMP, et al.,**

    **Defendants.**

_____/

## **ORDER OF DISMISSAL**

I have considered the magistrate judge's April 28, 2021 Report and Recommendation, ECF No. 6, to which no objections have been filed. I agree with the magistrate judge that the claims are frivolous. The report and recommendation is adopted and incorporated into this order.

The clerk will enter a judgment that says "This case is dismissed as frivolous." The clerk will then close the file.

SO ORDERED on June 20, 2021.

                                                s/ *Allen Winsor*
                                                United States District Judge